IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 3:95-1067-JFA |
|---|---|---|
| v. | ) | ORDER |
| BILLY JAMES SIMS | ) | |

This matter is before the court on defendant's motion to correct the sentencing record, order and judgment to accurately reflect that he was sentenced to 7.76 kilograms of cocaine base rather than 8.4 kilograms.

The United States Attorney is respectfully requested to file a memorandum setting forth the government's position as to the defendant's motion within 30 days of the date of this order.

IT IS SO ORDERED.

March 6, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge